# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Charles Dean Willingham**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00059-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Buncombe County Jail | ) | |
| Michael Casterline | ) | |
| Medical Dept Staffing | ) | |
| J. M. Kepple | ) | |
| Food/Kitchen Lt/Sgt **,** | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2019 Order.

March 25, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court